# Department of Public Safety and Correctional Services

**Division of Pretrial Detention and Services**
400 EAST MADISON STREET • BALTIMORE • MARYLAND 21202
(410) 209-4295 • FAX (410) 209-4339 • TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

LARRY HOGAN
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

ROBERT L. GREEN
SECRETARY

RACHEL SESSA
CHIEF OF STAFF

CHRISTOPHER McCULLY
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL ZEIGLER
DEPUTY SECRETARY
OPERATIONS

CAROLYN J. SCRUGGS
ASSISTANT SECRETARY

GARY W. McLHINNEY
ASSISTANT SECRETARY

**Office of the Commissioner**
**Information Bulletin**

No.03-20

**TO:** All Inmate Population of:
Baltimore Central Booking and Intake Center (BCBIC)
Baltimore Pretrial Facility Jessup (BPFJ)
Chesapeake Detention Center (CDF)
Metropolitan Transition Center (MTC)
Youth Detention Center (YDC)

**FROM:** Michael R. Resnick, Esq. Commissioner

**DATE:** March 9, 2020

**SUBJECT:** **Coronavirus (COVID-19)**

Due to the recent outbreak of the Coronavirus (COVID-19), the following precautions will be taken in accordance with Centers for Disease Control and Prevention (CDC):

- The sanitation scheduled has been revised to double cleaning effort.
- Appropriate hand sanitizers will be utilized in the facilities.
- Preventative awareness signs will be posted at entry points of facilities.
- Transportation vehicles will be inventoried to ensure proper and adequate First Aid kits.

Here are some precautions that you can take to prevent the spread of the virus:

- Clean and disinfect items before and after each common use (i.e., phones, computers, recreational equipment, nail clippers, etc.)
- Wash hands with soap and water frequently for at least 20 seconds and after use of the restroom.
- Avoid touching your eyes, nose, and mouth.
- Cover your cough or sneeze with a tissue, then throw tissue in the trash.
- Practice other good health habits. Get plenty of sleep, be physically active, manage your stress, drink plenty of fluids and eat nutritious food.
- If soap is not readily available, please use enough hand sanitizer to cover both the front and back of your hands.
- If you are feeling sick or having cold or flu like symptoms, please let staff know so that they can assist you accordingly.

Approved by: _____
Michael R. Resnick, Esq., Commissioner

MR/kj

c:    Leon A. King II, Esq. Deputy Commissioner
Frederick Abello, Warden – BCBIC
Simon Wainwright, Warden – MTC/BPFJ
Calvin Wilson, Warden – CDF
Dehavilland Whitaker, FA – YDC
Donna Hansen, FA - BPFJ
Kelvin Harris, Director of Standards Compliance and Litigation
Case Management
Audit
File